SUPREME COURT OF NEW JERSEY
D-131 September Term 2008

IN THE MATTER OF

RICHARD M. ROBERTS,

AN ATTORNEY AT LAW

(Attorney No. 261581971)

ORDER

**FILED**

SEP 25 2009

CLERK

 The Disciplinary Review Board having filed with the Court its decision and supplemental decision in DRB 09-046, concluding that **RICHARD M. ROBERTS** of **WEST CALDWELL**, who was admitted to the bar of this State in 1971, should be disciplined and required to practice law under supervision for violating RPC 1.3 (lack of diligence), RPC 1.4(b) (failure to keep client informed), RPC 1.5(b) (failure to provide client with a written fee agreement),

 And good cause appearing;

 It is ORDERED that **RICHARD M. ROBERTS** is hereby censured; and it is further

 ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

 ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 22nd day of September, 2009.

CLERK OF THE SUPREME COURT

The foregoing is a true copy of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY